UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| TERRI LOVAAS,<br><br>          Plaintiff,<br><br>vs.<br><br>HOUSEHOLD AUTOMOTIVE FINANCE, JAMES DAY dba DAKOTA ADJUSTERS, LEROY BINGEN, JAMES CLAASSEN and THE CITY OF SIOUX FALLS,<br><br>          Defendants. | Civ. 02-4192<br><br><br>**STIPULATION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that all claims which were brought or which could have been brought by any litigant in the above-captioned action, including Plaintiff's Complaint and Defendant Household Automotive Finance's Counterclaim, may be dismissed with prejudice and on the merits, with each party to bear its own attorney's fees and disbursements. Accordingly, the Court may enter Judgment dismissing the action with prejudice without further notice to any of the parties.

Dated at Sioux Falls, South Dakota this 27th day of January, 2004.

DANFORTH, MEIERHENRY & MEIERHENRY

BY _____
Mr. Clint Sargent
315 South Phillips Avenue
Sioux Falls, SD 57104-6318
605-336-3075
605-336-2593 (fax)
Attorneys for Plaintiff

Dated at Sioux Falls, South Dakota this 15th day of January, 2004.

EAST RIVER LEGAL SERVICES

BY _____
Doug Cummings
335 North Main Avenue, Suite 300
Sioux Falls, SD 57104-6038
605-336-9230
605-336-6919 (fax)
Attorneys for Plaintiff

Dated at Sioux Falls, South Dakota this 21st day of January, 2004.

BANGS MCCULLEN, BUTLER,
FOYE & SIMMONS, L.L.P.

BY _____
John P. Mullen
Suite 610, 100 North Phillips Avenue
PO Box 949
Sioux Falls, SD 57101-0949
605/339-6800
605/339-6801 (fax)
Attorneys for Defendant Household Automotive

Dated at Sioux Falls, South Dakota this 23rd day of January, 2004.

CADWELL, SANFORD, DEIBERT &
GARRY LLP

BY _____
William C. Garry
P.O. Box 1157
Sioux Falls, SD 57101-1157
605-336-0828
605-336-6036 (fax)
Attorneys For Defendants Leroy Bingen, James
Claassen and the City of Sioux Falls,

2

Dated at Sioux Falls, South Dakota this 16th day of January, 2004.

MAY & JOHNSON

BY _____
Richard L. Travis

PO Box 88738
Sioux Falls, SD 57109
605-336-2565
605-336-2604 (fax)
Attorneys for Defendant James Day
dba Dakota Adjusters