UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| TERRI LOVAAS, | CIV. 02-4192-KES |
| Plaintiff, | |
| vs. | |
| | JUDGMENT OF DISMISSAL |
| HOUSEHOLD AUTOMOTIVE FINANCE; JAMES DAY, d/b/a Dakota Adjusters; LEROY BINGEN; JAMES CLAASEN; and THE CITY OF SIOUX FALLS, | |
| Defendants. | |

The parties stipulate for judgment of dismissal with prejudice. Good cause appearing, it is hereby

ORDERED that the stipulation is approved and this action is dismissed with prejudice with each party to bear its own attorney's fees and disbursements.

Dated March 1, 2004.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE